UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                       Plaintiff,

        -against-

F.B.I.,

                       Defendant.

20-CV-468 (CM)

CIVIL JUDGMENT

        Pursuant to the order issued January 27, 2020, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 27, 2020
           New York, New York

                                              COLLEEN McMAHON
                                       Chief United States District Judge